# United States District Court

FOR THE _____ DISTRICT OF __MASSACHUSETTS__

Springfield Division

| | |
|---|---|
| Nicholas J. McGrath | **SUMMONS IN A CIVIL CASE** |
| V. | |
| Consolidated Rail Corporation | CASE NUMBER: |
| – and – | |
| CSX Transportation Inc. | 05-30048-MAP |

TO: (Name and address of defendant)

CSX Transportation Inc.
3800 Centre Square West
Philadelphia, PA 19102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| THOMAS J. JOYCE, III | MICHAEL J. MCDEVITT |
| HANNON & JOYCE | LAWSON & WEITZEN LLP |
| The Public Ledger Building – Ste. 1000 | 88 Black Falcon Avenue |
| 150 S. Independence Mall West | Suite 345 |
| Philadelphia, PA 19106-3323 | Boston, MA 02210 |
| (215) 446-4460 | (617) 439-4990 |
| Attorney for Plaintiff | Local Counsel for Plaintiff |

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 2/11/05

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: March 9, 2005 |
| NAME OF SERVER (PRINT): Anthony Feaster | TITLE: Courier |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: Saul Ewing, 3800 Centre Square West, Philadelphia, PA 19102. Served: M. Heck

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-9-05

Signature of Server: Anthony Feaster

1307 Vine Street
Philadelphia, PA 19107
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.