UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICHOLAS J. McGRATH,<br>              Plaintiff,<br><br>v.<br><br>CONSOLIDATED RAIL CORPORATION<br>and CSX TRANSPORTATION, INC.,<br>              Defendants. | CIVIL ACTION<br>NO.:  05-30048-MAP |

## NOTICE OF APPEARANCE OF LORI A. WIRKUS

Kindly enter my appearance as counsel and attorney of record for the defendants, Consolidated Rail Corporation and CSX Transportation, Inc..

                                                              Respectfully submitted,

                                                              _____
                                                              Lori A. Wirkus, BBO #635525
                                                              FLYNN & ASSOCIATES, P.C.
                                                              400 Crown Colony Drive
                                                              Suite 200
                                                              Quincy, MA 02169
                                                               (617) 723-5500

Dated: <u>April 6, 2005</u>
G:\F & A\CASE FILES\CSX OCCUPATIONAL\CSXWORN\McGrath, Nicholas J\Pleadings\Appearance of Lori Wirkus.4.6.05.doc