UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICHOLAS J. McGRATH,<br>            Plaintiff,<br><br>v.<br><br>CONSOLIDATED RAIL CORPORATION<br>and CSX TRANSPORTATION, INC.,<br>            Defendants. | CIVIL ACTION<br>NO.:  05-30048-MAP |

**DEFENDANTS, CONSOLIDATED RAIL CORPORATION AND CSX TRANSPORTATION, INC.'S CORPORATE DISCLOSURE**

The defendant, Consolidated Rail Corporation, is wholly owned by CSX Transportation, Inc. and Norfolk Southern Corporation.  Forty-Eight percent (48 %) of Consolidated Rail Corporation's stock is held by CSX Transportation, Inc. and Fifty-Two percent (52 %) is held by Norfolk Southern Corporation.  Except for the foregoing, there are no other publicly held companies that own ten percent (10 %) or more of Consolidated Rail Corporation's stock.

                                    Respectfully submitted,

                                    CONSOLIDATED RAIL CORPORATION and
                                    CSX TRANSPORTATION, INC.,
                                    by their attorneys

                                    /s/ Lori A. Wirkus_____
                                    Michael B. Flynn            BBO # 559023
                                    Lori A. Wirkus              BBO #635525
                                    FLYNN & ASSOCIATES, P.C.
                                    400 Crown Colony Drive, Suite 200
                                    Quincy, MA 02169
                                    (617) 773-5500

Dated:  April 6, 2005
G:\F & A\CASE FILES\CSX OCCUPATIONAL\CSXWORN\McGrath, Nicholas J\Pleadings\Corporate Disclosure Statement.4.6.05.doc