## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## <u>ORDER OF REFERENCE</u>

Check if previously referred

NICHOLAS MCGRATH
_____

V.                                          CA/CR No. 05-30048
                                                      _____

CONSOLIDATED RAIL CORP
_____                     Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __NEIMAN__ for the following proceedings:

(A)  [ ]   Referred for full pretrial case management, including all dispositive motions.

(B)  [✓]   Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)  [ ]   Referred for discovery purposes only.

(D)  [ ]   Referred for Report and Recommendation on:

       ( ) Motion(s) for injunctive relief
       ( ) Motion(s) for judgment on the pleadings
       ( ) Motion(s) for summary judgment
       ( ) Motion(s) to permit maintenance of a class action
       ( ) Motion(s) to suppress evidence
       ( ) Motion(s) to dismiss
       ( ) Post Conviction Proceedings[1]
      See Documents Numbered: _____

(E)  Case referred for events only.  See Doc. No(s). _____

(F)  Case referred for settlement.

(G)  Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
      ( ) In accordance with Rule 53, F.R.Civ.P.
      ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)  Special Instructions: __SCHEDULING CONFERENCE__

_____

4/8/05
_____                    By:  /s/Elizabeth A. French
Date                                    _____
                                         Deputy Clerk

**(OrRef for pdf.wpd - 05/2003)**

_____