UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICHOLAS J. McGRATH,<br>                Plaintiff,<br><br>v.<br><br>CONSOLIDATED RAIL CORPORATION<br>and CSX TRANSPORTATION, INC.,<br>                Defendants. | CIVIL ACTION<br>NO.:   05-30048-MAP |

NOTICE OF APPEARANCE OF MICHAEL B. FLYNN

Kindly enter my appearance as counsel and attorney of record for the defendants, Consolidated Rail Corporation and CSX Transportation, Inc..

Respectfully submitted,

/s/ Michael B. Flynn
Michael B. Flynn, BBO #559023
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive
Suite 200
Quincy, MA 02169
(617) 723-5500

Dated: April 6, 2005
G:\F & A\CASE FILES\AMTRAK\occupational\POINTER\Pleadings\MBF Notice of Appearance.6.4.04.doc

1