May 11, 2005

Honorable Kenneth P. Neiman
United States District Court
1550 Main Street
Springfield, MA  01103

*Re:*   *Nicholas McGrath vs. Consolidated Rail Corporation, et. al*
        *Civil Action No. 05-30048-KPN*

Dear Judge Neiman:

Please note our representation of the Plaintiff in the above-captioned FELA personal injury action.

Please be advised that Michael J. McDevitt, Plaintiff's local counsel, will attend the Scheduling Conference on May 20, 2005 at 11:30 A.M. in person in Springfield.  I will be available, if needed, to participate by telephone in the conference.

If you have any questions or need additional information, please do not hesitate to contact me.  Thank you for your time and consideration.

          Respectfully,

          /s/ Thomas J. Joyce, III

          THOMAS J. JOYCE, III

TJJ:mgm
cc:   Michael J. McDevitt, Esquire
      Lori A. Wirkus, Esquire