IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

NICHOLAS McGRATH
          Plaintiff

      v.                           Civil Action No.:  05-30048KPN

CONSOLIDATED RAIL
CORPORATION, et. al

          Defendants

## RULE 16(O)(3) CERTIFICATION

This is to certify that the Plaintiff, Nicholas McGrath and his counsel, Thomas J. Joyce, III, Esquire and Michael J. McDevitt, Esquire, have conferred to establish a budget for the full litigation of the above-captioned matter as well as a budget for various alternative courses.  Nicholas McGrath and his counsel have further discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs, and he needs to develop further information before he can decide whether the case is appropriate for settlement, ADR or full litigation.

Respectfully Submitted,

ATTORNEY FOR PLAINTIFF               ATTORNEY FOR PLAINTIFF


/s/ Thomas J. Joyce, III, Esquire       /s/ Michael J. McDevitt, Esquire
Thomas J. Joyce, III, Esquire          Michael J. McDevitt, Esquire
HANNON & JOYCE                 LAWSON & WEITZEN, LLP
                                Local Counsel for Plaintiff
                                88 Black Falcon Avenue, Suite 345
PLAINTIFF                        Boston, MA 02210


/s/ Nicholas McGrath
Nicholas McGrath


Dated: 5-12-2005