05/12/2005 12:15 5137676295
05/13/2005 09:18 6177728254
Case 3:05-cv-30048-MAP  Document 13  Filed 05/13/2005  Page 1 of 2
FLYNN ASSOCIATES
PAGE 02
PAGE 02/03

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

NICHOLAS J. McGRATH,
Plaintiff,

v.

CONSOLIDATED RAIL CORPORATION
and CSX TRANSPORTATION, INC.,
Defendants.

CIVIL ACTION
NO.: 05-30048-MAP

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

This is to certify that the defendants, Consolidated Rail Corporation ("Conrail") and CSX Transportation, Inc. ("CSX"), and their counsel, FLYNN & ASSOCIATES, P.C., have conferred to establish a budget for the full litigation of the above-captioned matter, as well as a budget for various alternatives.

Conrail, CSX and FLYNN & ASSOCIATES, P.C. have further discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs and need to develop further information before deciding whether the case is appropriate for settlement, ADR, or full litigation.

On behalf of defendants,
Consolidated Rail Corporation and
CSX Transportation, Inc.

*Patrick C. Varcasia*

Mr. Patrick C. Varcasia
Manager Field Investigations
CSX Transportation, Inc.
1 Bell Crossing
RD #2, Box 145
Selkirk, NY 12158-9618

Respectfully submitted,

The defendants,
Consolidated Rail Corporation and
CSX Transportation, Inc.
By its attorneys,

Michael B. Flynn, BBO #559023
Lori A. Wirkus, BBO #635525
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive, Suite 200
Quincy, MA 02169

DATE: May 13, 2005

G:\F & A\CASE FILES\CSX OCCUPATIONAL\CSX\WORK\McGrath, Nicholas A\Pleadings\Rule 16 Certificate.5.13.05.doc

2