UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NICHOLAS McGRATH,              )
        Plaintiff    )
                               )
v.                             )    Civil Action No. 05-30048-MAP
                               )
                               )
CONSOLIDATED RAIL CORP.,       )
et al.,                        )
        Defendants   )

## SCHEDULING ORDER
May 23, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference on May 20, 2005:

1. Motions to amend the pleadings shall be filed by May 31, 2005.

2. The parties shall complete their automatic disclosures by June 10, 2005.

3. All written discovery and non-expert depositions shall be completed by December 2, 2005.

4. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by October 14, 2005.

5. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by November 14, 2005.

6. All expert depositions shall be completed by January 13, 2006.

7. Counsel shall appear for a case management conference on January 19,

2006, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: May 23, 2005

                                              /s/ Kenneth P. Neiman  
                                              KENNETH P. NEIMAN  
                                              U.S. Magistrate Judge