UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NICHOLAS J. McGRATH,

    Plaintiff,

v.                              Civil Action No.: 05-30048-MAP

CONSOLIDATED RAIL CORPORATION
And CSX TRANSPORTATION, INC.

    Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL

The Plaintiff, Nicholas J. McGrath, by and through his attorneys, Hannon & Joyce, and the Defendants, Consolidated Rail Corporation and CSX Transportation, Inc., by and through its attorneys, Flynn & Associates, hereby stipulate to voluntarily dismiss the within action, with prejudice and without costs.

By:_____                 BY: _____
Thomas J. Joyce, III, Esq.                            Lori A. Wirkus, Esq.
HANNON & JOYCE                               FLYNN & ASSOCIATES
The Public Ledger Building, Suite 1000      BBO #635525
150 S. Independence Mall West             400 Crown Colony Drive
Philadelphia, PA 19106-3323               Suite 200
(215)446-4460                                        Quincy, MA 02169
Attorney for Plaintiff                             (617)773-5500
                                                              Attorney for Defendants

Michael J. McDevitt, Esq.
LAWSON & WEITZEN
BBO #564720
88 Black Falcon Ave, Suite 345
Boston, MA 02210
(617)439-4990
Local Counsel for Plaintiff

DATED: